**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DE LA GARZA; GLORIA DE LA GARZA,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL INC., AND DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: 09-cv-00390-JM-WMC<br><br>**ORDER STAYING PROCEEDINGS TO ALLOW PLAINTIFF TO EXHAUST ADMINISTRATIVE REMEDIES** |

### <u>ORDER</u>

Based upon the above Stipulation to Stay Proceedings to Allow Plaintiffs To Exhaust Administrative Remedies, and good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED**:

All proceedings in this action, including, but not limited to, all deadlines and/or other notice periods relating to the filing and/or service of any and all pleadings, notices and discovery, including removal of this action, are stayed until the earlier of either ninety (90) days from the filing of the Plaintiffs' claim, or ten (10) days after the FDIC has tendered a final determination of the claim.

**IT IS SO ORDERED**.

DATED:  March 30, 2009

JUDGE OF THE DISTRICT COURT

**ORDER ON STIPULATION TO STAY PROCEEDINGS TO ALLOW PLAINTIFFS TO EXHAUST ADMINISTRATIVE REMEDIES**